# Exhibit A

**SOCIAL SECURITY ADMINISTRATION**

Refer To: ▮▮▮▮
Kevin Lyle Hart

Office of Disability Adjudication and Review
16th Floor
301 Howard Street
San Francisco, CA 94105-2293
Tel: (866)770-1221

March 19, 2015

Trinh Phan


Dear Trinh Phan:

I have requested the Disability Determination Services to schedule a consultative examination for your client. They will advise you later of the time and place of the examination. It will be done at government expense.

Since this examination is necessary for the proper evaluation of your client's claim, it is urged that your client give full cooperation to the arrangements made. If you have any questions, please contact RaShayla Brown at the phone number listed above.

Sincerely,

Lisa I Pagan
Hearing Office Director

cc: Kevin Lyle Hart


Form HA-69 (03-2007)

STATE OF CALIFORNIA - HEALTH AND HUMAN SERVICES AGENCY                                Edmund G. Brown Jr., Governor

**DEPARTMENT OF SOCIAL SERVICES**                                       S05/K23/HXHASN
**Disability Determination Service Division**
PO BOX 24225
OAKLAND, CA 94623
Hearing Impaired Only: Call 711-California Relay Service or TDD 866-806-7284



March 27, 2015

KEVIN LYLE HART

                                            SSN:
                        DDS CASE NUMBER:   1049186
                         CONTRACT NUMBER:   3641777

This office is cooperating with the Office of Hearings and Appeals in processing your disability claim. The Administrative Law Judge has requested that we obtain an examination. You will be examined, at NO COST TO YOU, by:



**MDSI PHYSICIAN GROUP**
**BODNER CHIROPRACTIC**

**Telephone:**

An appointment has been scheduled for you on:
        **05/06/2015** at **08:00 A.M.**
        for a **Internist** exam.

If this examination is for a child, a parent/guardian must accompany child to this exam. BE SURE TO READ ANY SPECIAL INSTRUCTIONS ATTACHED TO THIS LETTER.

Please bring a picture identification to the examination. At the time of the examination or test, it may be determined that other tests are also needed or that a scheduled test is not needed or should not be done.

The doctor(s) will not make a decision about your claim, but will only send a medical report to us regarding your present condition.

YOU ARE RESPONSIBLE FOR COMPLYING WITH THE FOLLOWING. FAILURE TO DO SO WILL RESULT IN A DECISION BEING MADE BASED ON THE INFORMATION CURRENTLY IN YOUR CASE AND WE MAY FIND THAT YOU ARE NOT DISABLED.

    1. You must appear for your examination(s).

AUL C03 (12/14)  Case Number: 1049186  Contract Number: 3641777

2. **If more than one examination is scheduled, you will receive a separate letter for each one. You must go to all of the examination(s).**
3. If you are unable to appear for the examination, you must tell us why you are unable to go at least two (2) days prior to the scheduled appointment date.
4. IMPORTANT: If eyeglasses and/or contact lenses are worn, please bring them to the appointment. Also, bring all of your current prescription medications in their original containers.

Since this examination is at no cost to you, please do NOT agree to any arrangement that would require payment from you or any other agency (such as using your Medi-Cal Benefit Identification Card).

The enclosed leaflet provides information on why a special medical examination is needed and what your and the doctor's roles are in providing this evidence to us.

You must complete the top part of the enclosed Authorization Letter. After you complete the Authorization Letter, put the enclosed barcode page on top and mail both pages in the return envelope. Make sure the DDS address in the box shows in the window. If you prefer to FAX the papers to us, keep the barcode page on top. Use the FAX number that appears near the bottom of the barcode page.

We provide free interpreter services to conduct your Social Security business. However, if you prefer to have your own interpreter, you may do so, but with the understanding that our own interpreter may be present at the time of the interview.

If you need to contact me concerning the exam(s), you may call me at **(510) 622-3634**. You may call collect, station-to-station through the operator. If you are a hearing-impaired person using TDD equipment, you may call the number listed on the first page.

MS. HIFZA H/K23, Disability Eval. Analyst I

Enclosures

c: OHA Office

AUL C03 (12/14)  Case Number: 1049186  Contract Number: 3641777