# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN HART, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>CAROLYN W. COLVIN,<br><br>    Defendant. | Case No. 15-cv-00623-JST<br><br>**ORDER APPROVING STIPULATION AND SETTING HEARING DATE**<br><br>Re: ECF No. 32 |

The parties have submitted a stipulation setting a briefing schedule on Plaintiffs' motion for class certification. ECF No. 32. Pursuant to the stipulation:

1. Plaintiffs shall file their Motion for Class Certification on or before August 6, 2015.

2. Defendant shall file an opposition to the motion on or before August 27, 2015.

3. Plaintiffs shall file any reply on or before September 3, 2015.

4. Plaintiffs shall notice the motion for hearing on September 17, 2015 at 2:00pm, or as soon as feasible thereafter.

The Court hereby approves the stipulation. The earliest hearing date available pursuant to the parties' proposed schedule is October 8, 2015. The Court will accordingly set the hearing on Plaintiffs' motion for that date.

IT IS SO ORDERED.

Dated: July 8, 2015

_____
JON S. TIGAR
United States District Judge