UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEVIN HART, et al.,

          Plaintiffs,

    v.

CAROLYN W. COLVIN,

          Defendant.

Case No. 15-cv-00623-JST

**ORDER CONTINUING DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL**

Re: ECF No. 73

On its own motion, the Court continues the deadline for the parties to file the motion for preliminary approval until October 17, 2016.

IT IS SO ORDERED.

Dated: September 16, 2016

_____
JON S. TIGAR
United States District Judge