| | |
|---|---|
| TRINH PHAN (SBN 267288)<br>tphan@justiceinaging.org<br>JUSTICE IN AGING<br>1330 Broadway, Suite 525<br>Oakland, CA 94612<br>Telephone: (510) 663-1055<br><br>Attorneys for Plaintiffs<br>*(Additional Counsel listed on next page)* | M. ANDREW ZEE (CA Bar No. 272510)<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>450 Golden Gate Avenue, Room 7-5395<br>San Francisco, CA 94102<br>Telephone: (415) 436-6646<br>Fax: (415) 436-6632<br>Email: m.andrew.zee@usdoj.gov<br><br>Attorney for Defendant |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| KEVIN HART, NINA SILVA-COLLINS and LEE HARRIS, on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>v.<br><br>DR. KILOLO KIJAKAZI,<br>Commissioner of Social Security, in her official capacity,<br>                Defendant | Case No. 4:15-cv-00623-JST<br><br>**NOTICE OF WITHDRAWAL OF PLATINIFFS' MOTION FOR ENFORCEMENT OF SETTLEMENT AGREEMENT**<br><br>Judge:   Hon. Laurel Beeler<br>Action Filed:   February 9, 2015 |

NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION FOR ENFORCEMENT OF SETTLEMENT AGREEMENT
Case No. 4:15-cv-00623-JST

CLAUDIA M. VETESI (CA SBN 233485)
CVetesi@mofo.com
JANEENE D. ILES (CA SBN 326364)
JIles@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

HOPE NAKAMURA (SBN 126901)
hnakamura@legalaidsmc.org
LEGAL AID SOCIETY OF SAN MATEO COUNTY
330 Twin Dolphin Drive, Suite 123
Redwood City, CA 94065
T: (650) 558-0915 / F: (650) 517-8973

TO ALL PARTIES AND THEIR COUNSEL OF RECORD: On April 17, 2020, Plaintiffs filed a Motion to Enforce Settlement Agreement (ECF No. 106). In light of the parties' resolution of Plaintiffs' December 2019 dispute letter, Plaintiffs formally file notice withdrawing our motion to enforce the settlement agreement (ECF No. 106), as agreed to in the parties' August 28, 2021 letter.

Dated: September 10, 2021

CLAUDIA M. VETESI
JANEENE D. ILES
MORRISON & FOERSTER LLP
By: /s/ Janeene Iles

Janeene D. Iles
Attorneys for Plaintiffs